# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SIAOSI VANISI,

    Petitioner,

vs.

E.K. McDANIEL, *et al.*,

    Respondents.

3:10-cv-0448-RLH-VPC

**ORDER**

    This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Siaosi Vanisi, a Nevada prisoner sentenced to death. The action was initiated July 19, 2010. On August 6, 2010, the court granted Vanisi *in forma pauperis* status, and appointed the Federal Public Defender (FPD) to represent him (docket #5).

    On August 13, 2010, the FPD – Tiffani D. Hurst and C. Benjamin Scroggins – appeared for Vanisi (docket #10). On August 19, 2010, the Nevada Attorney General's Office filed a notice of representation of the respondents (docket #10). The respondents are represented by Senior Deputy Attorney General Robert E. Wieland.

    On August 24, 2010, the court granted, in part, Vanisi's motion for a stay of state court proceedings, and stayed the execution of his death sentence pending the litigation of this federal habeas corpus action (docket #13).

1  The court will now set a scheduling conference. In advance of the conference, counsel for both petitioner and respondents will be expected to become familiar with the case, if they have not already done so. During this time, Vanisi's counsel should, if they have not already done so, meet with Vanisi, confer with his previous counsel, and gather the case files and court records relative to this action. Also, during this time, counsel for petitioner and counsel for respondents should confer with each other regarding the anticipated course of proceedings in the action.

**IT IS ORDERED THAT** a telephonic scheduling conference is set for **November 5, 2010, at 10:00 a.m.** At the conference, counsel for petitioner shall be prepared to advise the court whether the complete state-court record has been obtained, and, if not, what portions are missing, why they are missing, what efforts have been made to obtain them, and how long it will take to obtain them. Counsel for petitioner and counsel for respondents shall be prepared to discuss the schedule for further litigation of this action. Counsel for petitioner and counsel for respondents shall contact Kandy Capozzi, at 702-464-5432, within a week before the conference, to make arrangements for their appearances.

Dated this   30th   day of  August  2010.

_____
UNITED STATES DISTRICT JUDGE