UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SIAOSI VANISI,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　　Respondents. | Case No. 3:10-cv-00448-MMD-CBC<br><br>ORDER |

This action is a petition for writ of habeas corpus by Siaosi Vanisi, a Nevada prisoner sentenced to death. Vanisi is represented in this case—and apparently in ongoing state-court proceedings, as well—by court-appointed counsel, the Federal Public Defender for the District of Nevada ("FPD"). This action has been stayed since April 25, 2012, pending completion of the proceedings in state court.

On March 14, 2019, Vanisi filed in this case, *pro se*, a letter stating that he wishes to "fire" his lawyers. (ECF No. 79.) Vanisi indicates that he and the FPD have had disagreements about how to handle his "appeal." Vanisi's letter does not state any substantial basis for the Court to reconsider the appointment of the FPD in this case at this time. As noted, this case is stayed. It has been inactive for nearly seven years while Vanisi's state-court proceedings have been ongoing. The matter of Vanisi's representation in state court is within the jurisdiction of the state courts—not this federal court. Therefore, this Court will take no action affecting Vanisi's representation in state court. After Vanisi's state-court proceedings have been concluded, and the stay of this action is lifted, Vanisi may renew his request that the Court reconsider the FPD's appointment in this case.

///

It is therefore ordered that for the foregoing reasons Vanisi's apparent request to remove the FPD from his case at this time (ECF No. 79) is denied.

It is further ordered that, pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of the Court substitute William Gittere for Timothy Filson, on the docket for this case, as the Respondent warden.

DATED THIS 22nd day of March 2019.

_____
MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE