UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Siaosi Vanisi,<br><br>                    Petitioner<br><br>    v.<br><br>William Gittere, *et al.*,<br><br>                    Respondents | Case No. 3:10-cv-00448-CDS-CLB<br><br>**Order Granting Petitioner's Motion for Extension of Time**<br><br>[ECF No. 100] |

In this capital habeas corpus action, after a 60-day initial period following the lifting of the stay (ECF No. 95), and then a 90-day extension of time (ECF No. 99), Petitioner Siaosi Vanisi was due to file a second amended habeas petition by August 3, 2023. On August 3, 2023, Vanisi filed a motion for extension of time (ECF No. 100), requesting a further 60-day extension, to October 2, 2023, for his second amended petition. Vanisi's counsel states that the extension of time is necessary because of his obligations in other cases. Vanisi's counsel represents that respondents do not oppose the motion for extension of time. The court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

IT IS THEREFORE ORDERED that petitioner's motion for extension of time **[ECF No. 100] is GRANTED**. Petitioner will have until and including **October 2, 2023**, to file his second amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered March 6, 2023 (ECF No. 95) will remain in effect.

DATED: August 4, 2023

_____
Cristina D. Silva
United States District Judge