UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Siaosi Vanisi,<br><br>　　　　　　Petitioner<br><br>　v.<br><br>Jeremy Bean, *et al.*,<br><br>　　　　　　Respondents | Case No. 3:10-cv-00448-CDS-CLB<br><br>**Order Granting Petitioner's Motion for Extension of Time**<br><br>[ECF No. 102] |

In this capital habeas corpus action, after a 60-day initial period following the lifting of the stay (ECF No. 95), a 90-day extension of time (ECF No. 99), and a 60-day extension of time (ECF No. 101), Petitioner Siaosi Vanisi was due to file a second amended habeas petition by October 2, 2023. On October 2, 2023, Vanisi filed a motion for extension of time (ECF No. 102), requesting a further 14-day extension, to October 16, 2023, for his second amended petition. Vanisi's counsel states that the extension of time is necessary because of his obligations in other cases. Vanisi's counsel represents that the respondents do not oppose the motion for extension of time. The court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

　　　　IT IS THEREFORE ORDERED that the petitioner's motion for extension of time **[ECF No. 102] is GRANTED**. Petitioner will have until and including **October 16, 2023**, to file his second amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered March 6, 2023 (ECF No. 95) will remain in effect.

　　　　IT IS FURTHER ORDERED that, pursuant to Federal Rule of Civil Procedure 25(d), Jeremy Bean is substituted for William Gittere as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

　　　　Dated: October 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge