UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Siaosi Vanisi,<br><br>            Petitioner<br><br>v.<br><br>Jeremy Bean, et al.,<br><br>            Respondents | Case No. 3:10-cv-00448-CDS-CLB<br><br>**Order Dismissing Action and Closing Case** |

    On October 31, 2023, appointed counsel for Siaosi Vanisi, the petitioner in this capital habeas corpus action, filed a Suggestion of Death (ECF No. 106), indicating that Vanisi died on October 26, 2023. The respondents did not respond to the Suggestion of Death.

    As Vanisi has died, this action is moot and subject to dismissal. *See Garceau v. Woodford*, 399 F.3d 1101 (9th Cir. 2005); *see also Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003) (dismissing petition for writ of habeas corpus as moot on account of the petitioner's death).

    It is therefore ordered that this action is dismissed, as moot, on account of the petitioner's death. The Clerk of the Court is directed to enter judgment accordingly and close this case.

    Dated: November 16, 2023

                                              Cristina D. Silva
                                              United States District Judge